DANIEL G. KNAUSS
United States Attorney
District of Arizona
GERALD S. FRANK
Assistant U.S. Attorney
Arizona State Bar No. 03545
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
gerry.frank@usdoj.gov
Attorneys for Respondent United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Daniel Gabino Martinez,<br><br>　　　　Petitioner,<br>　v.<br><br>Frank Hayes, Daryl Bingham, Aaron Baldridge, Kent Ellet, Tom Palmer, Elaine Zieroth,<br><br>　　　　Respondents. | **NOTICE OF REMOVAL**<br><br>(Formerly Greenlee County, Arizona, Superior Court case CV 2007-011) |

To:　The Honorable Judges of the United States District Court for the District of Arizona:

The United States of America, on behalf of Frank Hayes, Aaron Baldridge, Kent Ellet, Tom Palmer, and Elaine Zieroth, employees of the U. S. Department of Agriculture, and Daryl Bingham, service contractor for the U. S. Department of Agriculture (Federal Defendants), by and through undersigned counsel, pursuant to 28 U.S.C. §§ 1441(a), 1442(a)(1), and 1446, hereby gives notice of the removal of this action to the United States District Court for the District of Arizona for the following reasons:

1. Frank Hayes, Aaron Baldridge, Kent Ellet, Tom Palmer, Elaine Zieroth, and Daryl Bingham are named respondents in a civil action pending in Greenlee County Superior Court entitled Daniel Gabino Martinez, Petitioner, v. Frank Hayes, Daryl Bingham, Aaron Baldridge, Kent Ellet, Tom Palmer, Elaine Zieroth, and an answer

1  has not been filed and no trial has yet been had therein.

2  2. The above-captioned claim for money damages was commenced against the Federal Defendants by filing a "Verified Petition in Trespass, In Fraudum Legis and Trespass on the Case" on or about February 27, 2007, and received by the respondent Frank Hayes on or about March 6, 2007. (Copies of all process and pleadings that have been received by the defendant are attached hereto as Exhibit A.)

3. The above-captioned claim is in substance an action for common law tort against the Federal Defendants acting under color of office with the U. S. Forest Service and must therefore be filed pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2671 *et seq.* Accordingly, this action may be removed pursuant to 28 U.S.C. §§ 1441(a) and 1442 because this Court has exclusive jurisdiction pursuant to 28 U.S.C. § 1346(b)(1).

4. A copy of this Notice of Removal will be concurrently filed with the Superior court of Arizona in Greenlee County, Case No. CV 2007-011.

The United States of America, on behalf of the named respondents, requests that the above-captioned matter now pending before the Greenlee County Superior Court be removed therefrom to this Court pursuant to 28 U.S.C. §§ 1441(a), 1442, and 1446.

Respectfully submitted this 4th day of April, 2007.

        DANIEL G. KNAUSS  
        United States Attorney  
        District of Arizona

        *s/ Gerald S. Frank*  
        GERALD S. FRANK  
        Assistant U.S. Attorney

//

//

1  Copy of the foregoing has been
   served electronically or by other means
2  this 4th day of April, 2007, to:

3  Daniel Gabino Martinez
   585 Camino Montebello
4  Santa Fe, NM 87501

5  *s/ Lisa Startup*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28